UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALEE BALOG,

Plaintiff,

v.

Case No. 1:26-cv-01412

MACQUARIE HOLDINGS (U.S.A.) INC.,
MACQUARIE INFRASTRUCTURE AND REAL
ASSETS INC., MACQUARIE INFRASTRUCTURE
PARTNERS INC., MACQUARIE INFRASTRUCTURE
PARTNERS U.S. GP LLC,
MACQUARIE INFRASTRUCTURE PARTNERS IV GP
LLC, MACQUARIE INFRASTRUCTURE PARTNERS
IV, L.P., MACQUARIE INFRASTRUCTURE
PARTNERS V GP, LLC,
MACQUARIE INFRASTRUCTURE MANAGEMENT
(USA) INC., MACQUARIE AMERICA HOLDINGS
INC., LEIGH HARRISON, individually, and KARL
KUCHEL, individually,

Defendants.

## **DEFENDANTS' NOTICE OF MOTION TO DISMISS AND COMPEL ARBITRATION**

PLEASE TAKE NOTICE that Defendants shall, upon Plaintiff Ronalee Balog's

("Plaintiff") Complaint; the Declaration of Erika Ng Jones and the exhibit attached thereto; the

Declaration of Lloyd B. Chinn and the exhibit attached thereto; and Defendants' Memorandum

of Law, filed herewith, move this Court, at the Daniel Patrick Moynihan United States District

Courthouse, 500 Pearl Street, New York, New York 10007 on such a date and time as the Court

may direct, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and

and the Federal Arbitration Act, 9 U.S.C. §§ 3, 4:

(a) compelling Plaintiff to arbitrate her claims pursuant to the arbitration agreement

annexed to her employment agreement;

(b) to the extent that Plaintiff's passing reference to "a hostile work environment" in her

Complaint constitutes an attempt to plead a sexual harassment claim, dismissing any such claim because the Complaint is devoid of any allegations of any purported sexual harassment whatsoever, whether under federal, state or local law; and,

(c) to the extent that Plaintiff's passing reference to "a hostile work environment" in her Complaint constitutes an attempt to plead a sexual harassment claim, dismissing any claim advanced by Plaintiff under the New York City Human Rights Law and New York State Human Rights Law, because she was not during her employment (and is not now) a resident of New York and did not feel the impact of any alleged discrimination within New York.

Dated: April 30, 2026  
      New York, NY

Respectfully submitted,

*/s/ Lloyd B. Chinn*  
Lloyd B. Chinn, Esq.  
Proskauer Rose LLP  
Eleven Times Square  
New York, NY 10036  
Tel: (212) 969-3000  
Fax: (212) 969-2900  
lchinn@proskauer.com  
*Attorney for Defendants*